ANNA Y. PARK, SBN 164242
ELIZABETH ESPARZA-CERVANTES, SBN 205412
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
255 East Temple Street, 4th Floor
Los Angeles, CA 90012
Telephone: (213) 894-1068
Fascimile: (213) 894-1301
E-Mail: lado.legal@EEOC.gov

Attorneys for Petitioner
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DEPARTMENT OF DEVELOPMENTAL SERVICES, CYNTHIA COPPAGE and LANE OWYANG.<br><br>　　　　Respondents. | Case No.: 1:08-cv-01902-LJO-SMS<br><br>**ORDER RE: APPLICATION FOR ORDER TO SHOW CAUSE WHY SUBPOENAS SHOULD NOT BE ENFORCED** |

　　The Equal Employment Opportunity Commission has filed an Application for an Order to Show Cause why certain subpoenas *ad testificum* should not be enforced. Subpoena Nos. 08-09 to 08-10 were served on Respondents pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-9 on or about April 16, 2008 and April 17, 2008, respectively, in the

1

Application for Order to Show Cause
[Proposed] Order
*EEOC v. Coppage, Owyang, and DDS*

PDF created with pdfFactory trial version www.pdffactory.com

investigation of Charge Nos. 485-2007-00565, 485-2007-00558 and 485-2008-00016.  The Commission having duly served the subpoenas upon Respondents, and Respondents having failed to comply within the period designated in the subpoena, it is hereby

ORDERED that Respondents appear on the  20th  day of February, 2009, at  9:30 A.M.  in Courtroom  #7 , United States Courthouse located at  2500 Tulare Street, Fresno, California  93721, and show cause why it should not be compelled to comply with the subpoena issued to it; it is further

ORDERED that Respondents be served with a copy of this Order to Show Cause, with the Application on which the Order is based and the Memorandum in Support, on or before the  2nd  day of  January , 2009 ; and it is further

ORDERED that Respondents must file and serve each Respondent's answer to the Application no later than the  30th  day of January, 2009.

Date:  12/16/2008         /s/ Sandra M. Snyder
                          SANDRA M. SNYDER
                          UNITED STATES MAGISTRATE  JUDGE

Dated: December 10, 2008    Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Anna Y. Park, Regional Attorney
Elizabeth Esparza-Cervantes, Trial Attorney

By:    /s/ Elizabeth Esparza-Cervantes
       ELIZABETH ESPARZA-CERVANTES
Attorneys for Petitioner U.S. Equal Employment Opportunity Commission

2

Application for Order to Show Cause
[Proposed] Order
*EEOC v. Coppage, Owyang, and DDS*

PDF created with pdfFactory trial version www.pdffactory.com