UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Petitioner,<br><br>vs.<br><br>DEPARTMENT OF DEVELOPMENTAL SERVICES, CYNTHIA COPPAGE and LANE OWYANG,<br><br>    Respondents.<br>_____/ | 1:08-cv-01902-LJO-SMS<br><br>**ORDER RE: ORDER TO SHOW CAUSE WHY SUBPOENAS SHOULD NOT BE ENFORCED** (Doc. 7) |

    This matter came on regularly for hearing on February 20, 2009 at 9:30 a.m. in Courtroom No. 7 before the Honorable Sandra M. Snyder, United States Magistrate Judge, regarding Petitioner U.S. Equal Employment Opportunity Commission's application for an order to show cause why subpoenas should not be enforced. Elizabeth Esparza-Cervantes appeared telephonically on behalf of Petitioner. Deputy Attorney General Michelle K. Littlewood appeared telephonically on behalf of Respondents.

//

/

Argument was held, and the Court rules, briefly, as follows:

A.  Re: a finding that Respondent DDS' conduct, through its counsel, has had the improper effect of dissuading, "a reasonable worker from making or supporting a charge of discrimination[;]" and that "the Commissions's ability to investigate charges of discrimination and to enforce anti-discrimination laws has been and continues to be impeded by the chilling effect caused by" Respondent DDS' threats to criminally prosecute would-be cooperative witnesses ~ DENIED;

B.  Re: ordering Respondent DDS and its counsel not to interfere with the EEOC's investigation of the charges underlying the present action and any claims related to the charges ~ GRANTED;

C.  Re: ordering Respondent DDS and its counsel not to interfere, threaten or to cause criminal prosecution of any witness who cooperates with the EEOC ~ GRANTED;

D.  Re: ordering Respondent DDS and its counsel, Ms. Johnson, not to be present at any EEOC interviews or witnesses not represented by DDS, including those of Respondents Owyang and Coppage ~ GRANTED;

E.  Re: ordering Respondents Owyang and Coppage to appear in the EEOC's Fresno office, cooperate with the EEOC and complete their subpoenaed testimony ~ GRANTED; and,

F.  Re: that the EEOC be granted its costs and such further relief as may be necessary and appropriate ~ DENIED.

Counsel are ORDERED to brief the issue of the appropriateness of a protective order in EEOC investigations as follows:

1.   Petitioner's opening brief due on or before March 6, 2008; and,

2.   Respondent's reply brief due on or before March 20, 2009.  The matter will be deemed submitted as of March 20, 2009.

The order to show cause is hereby DISCHARGED.

IT IS SO ORDERED.

**Dated:   March 4, 2009**               /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE