EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
SCOTT H. WYCKOFF, State Bar No. 191367
Supervising Deputy Attorney General
MICHELLE K. LITTLEWOOD, State Bar No. 202846
Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721
 Telephone:  (559) 477-1680
 Fax:  (559) 445-5106
 E-mail:  Michelle.Littlewood@doj.ca.gov
*Attorneys for Respondents*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>Petitioner,<br><br>v.<br><br>**DEPARTMENT OF DEVELOPMENTAL SERVICES, CYNTHIA COPPAGE and LANE OWYANG,**<br><br>Respondents. | 1:08-cv-01902-LJO-SMS<br><br>ORDER REGARDING STIPULATION REGARDING BRIEFING SCHEDULE CONCERNING EEOC'S MEMORANDUM OF POINTS AND AUTHORITIES BARRING PROTECTIVE ORDERS IN EEOC INVESTIGATIONS<br><br>Chief Magistrate Judge The Honorable<br>Sandra M. Snyder<br>Action Filed:   December 11, 2009 |

GOOD CAUSE SHOWING, Respondent's Opposition to EEOC's Memorandum of Points and Authorities Barring Protective Orders In EEOC Investigations ("EEOC Motion") shall be filed on or before  **April 10, 2009**.  Petitioner's Reply to Respondent's Opposition to EEOC's Motion shall be filed on or before **April 24, 2009**.

**IT IS SO ORDERED**.

DATED: March 27, 2009        /s/ Sandra M. Snyder
                            CHIEF MAGISTRATE JUDGE, SANDRA M. SNYDER

SA2009307202
95027882.doc

1

[Proposed] Order Regarding Stipulation Regarding Briefing Schedule Concerning EEOC's Memorandum of Points and Authorities Barring Protective Orders in EEOC Investigations  (1:08-cv-01902-LJO-SMS)

PDF created with pdfFactory trial version www.pdffactory.com