ANNA Y. PARK, SBN 164242
MICHAEL J. FARRELL, SBN 266553
ELIZABETH ESPARZA-CERVANTES, SBN 205412
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, 4th Floor
Los Angeles, CA 90012
Telephone:  (213) 894-1068
Fascimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Petitioner
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Petitioner,<br><br> v.<br><br>DEPARTMENT OF DEVELOPMENTAL SERVICES, CYNTHIA COPPAGE and LANE OWYANG.<br><br>  Respondents. | Case No.  1:08-cv-01902-LJO-SMS<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER WITH RETENTION OF JURISDICTION**<br><br>HON. LAWRENCE J. O'NEILL |

The U.S. Equal Employment Opportunity Commission ("EEOC" or "Commission") filed the present pre-litigation subpoena enforcement action to seek enforcement of testimony subpoena numbers 08-09 and 08-10.  EEOC issued the subpoenas as part of its administrative investigation into various employee charges of discrimination filed against the Department of Developmental Services ("DDS").  On March 5, 2009, after a hearing on the matter, the Court ordered Respondents DDS, Cynthia Coppage and Lane Owyang to comply with the

subpoenas. [Doc. No. 17]. The Court further ordered DDS and its counsel not to interfere with EEOC's investigation of the charges underlying the present action; not to interfere, threaten or cause criminal prosecution of any witness who cooperates with the EEOC; nor appear at EEOC interviews of witnesses not represented by DDS.

DDS has, thus far, complied with the Court's order. Because the EEOC's administrative investigation remains open, however, the Court's order is central to EEOC's continued access to evidence that will facilitate a determination about the discrimination allegations. The Commission is mindful that the Court may not wish to maintain this action open during the presently undetermined amount of additional time needed to complete the EEOC's administrative investigation.

The EEOC, thus, requests dismissal of this matter without prejudice. EEOC further seeks the Court's retention of jurisdiction over the action to effectuate the terms of the Court's order.

January 27, 2010

Respectfully submitted,
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By:   _/s/ *Elizabeth Esparza-Cervantes*____
ELIZABETH ESPARZA-CERVANTES
Attorneys for Petitioner

## ORDER

For good cause shown, IT IS ORDERED that the above entitled subpoena enforcement action is dismissed without prejudice. It is further ordered that the Court will retain jurisdiction over the action for any contempt matters or to otherwise effectuate the terms of the Court's order. The EEOC may seek enforcement of the Order with the undersigned District Court Judge.

Date:  _January 28, 2010__          _/s/ Lawrence J. O'Neill_____
                                    HONORABLE LAWRENCE J. O'NEILL
                                    UNITED STATES DISTRICT JUDGE